**FILED**

JUL 1 7 2024

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,             )
                           )
v.                         )   **4:24CR366 JAR/RHH**
                           )
LISA MAE BURNETT and       )
JAMES MARCUS DYETT,        )
                           )
    Defendants.            )

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Money Laundering Conspiracy)

1.    Beginning in approximately February 2022 and continuing until May 24, 2023, in the Eastern District of Missouri, and elsewhere,

**LISA MAE BURNETT and JAMES MARCUS DYETT,**

the defendants herein, did knowingly combine, conspire and agree with other persons, known and unknown, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activities, that is, wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting the financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(l)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.    Pursuant to Title 18, United States Code, Sections 982(a), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in Count 1, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, or any property traceable to such property.

2.    Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, involved in the offense set forth in Count 1, or any property traceable to such property.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney

2