UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24CR00366 JAR |
| | ) | |
| JAMES MARCUS DYETT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES
FOR A FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and moves this Court to issue a Final Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

1. On January 22, 2026, this Court entered a Preliminary Order of Forfeiture against Defendant James Marcus Dyett that included a forfeiture money judgment against Defendant and in favor of the United States in the amount of $8,344,287.57.

2. Defendant was sentenced on March 3, 2026, and this Court granted an Amended Judgment on March 12, 2026.

3. Federal Rule of Criminal Procedure Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

1

4.      In addition, because the Preliminary Order of Forfeiture does not include any specific property, notice to third parties is not required under Federal Rule of Criminal Procedure 32.2(b)(6)(A).

5.      Because there are no third-party interests to adjudicate and because no ancillary proceeding is required, the Preliminary Order of Forfeiture should therefore be made final.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States also requests authority to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

WHEREFORE, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States moves this Court for a Final Order of Forfeiture entering a forfeiture money judgment against the Defendant and in favor of the United States in the amount of $8,344,287.57. The United States submits herewith its proposed Final Order of Forfeiture.

Dated: April 20, 2026

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314)539-2200
*Kyle.Bateman@usdoj.gov*

2